Nellie Hunt Walsh, as Administratrix, etc., of John Hunt, Deceased, Appellant, v. Holbrook, Cabot & Rollins, Incorporated, Respondent.—

Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr and Rich, JJ., concurred; Woodward, J., dissented.